IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:06-CR-125-001 |
| ) | (Financial Litigation Unit) |
| DWAYNE A. BENNETT ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MCEACHIN & GEE, P.C., ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 30) filed February 11, 2016. Having carefully considered the motion, for the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 30) be GRANTED, and the "Order Of Continuing Garnishment" (Document No. 37) filed in this case against Defendant Dwayne A. Bennett is **DISMISSED**.

Signed: February 11, 2016

_____
David C. Keesler
United States Magistrate Judge